# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00202(1)-DAE |
| | § | |
| (1) Tony Alfredo Monterrosa-Perez | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 21, 2026, wherein the defendant Monterrosa-Perez waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Monterrosa-Perez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Monterrosa-Perez's plea of guilty to Count 1 of the Indictment is accepted.

Signed this 23rd day of April, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE